UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



CLUVERIUS JENKINS, III,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Civil Action No. 3:10-CV-705

## FINAL ORDER

THIS MATTER is before the Court on Plaintiff Cluverius Jenkins's Objections (ECF No. 26), to the Report and Recommendations of the Magistrate Judge's (ECF No. 25) which affirms the Social Security Administration's denial of Jenkins's application for Social Security Disability and Supplemental Security Income payments. For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES the Plaintiff's Objections (ECF No. 26) and ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 25) DENYING Jenkins's Motion for Summary Judgment (ECF No. 16), GRANTING the Commissioner of Social Security's Motion for Summary Judgment (ECF No. 19), and AFFIRMING the Commissioner's decision denying benefits to Jenkins.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                              /s/
                                Henry E. Hudson
                                United States District Judge

ENTERED this 28 day of August 2012.